**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **TD REO FUND, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **38-3914727** |
| **4.** | **Debtor's address** | **Principal place of business** **23046 Avenida de la Carlota Suite 150 Laguna Hills, CA 92653** Number, Street, City, State & ZIP Code  **Orange** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **TD REO FUND, LLC** _____ Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor   **TD REO FUND, LLC**  _____   Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name     _____
         Phone            _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **TD REO FUND, LLC**  Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 18, 2017**
             MM / DD / YYYY

X  **/s/ Howard Grobstein**                                **Howard Grobstein**
   Signature of authorized representative of debtor         Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X  **/s/ Lei Lei Wang Ekvall**                              Date  **May 18, 2017**
   Signature of attorney for debtor                               MM / DD / YYYY

**Lei Lei Wang Ekvall**
Printed name

**SMILEY WANG-EKVALL, LLP**
Firm name

**3200 Park Center Drive, Suite 250**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone  **(714) 445-1000**    Email address  **lekvall@swelawfirm.com**

**163047, California**
Bar number and State

Fill in this information to identify the case:

Debtor name: **TD REO FUND, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Deed Quest Funding**<br>**23335 Grand Springs Drive**<br>**Katy, TX 77494** | | **Buyout Obligation** | | | | **$55,000.00** |
| **Janice E. Nelson**<br>**484 Cliff Drive #14**<br>**Laguna Beach, CA 92651** | | **Buyout Obligation** | | | | **$155,000.00** |
| **Jeffrey Kurszewski**<br>**82 Via Sonrisa**<br>**San Clemente, CA 92673** | | **Buyout Obligation** | | | | **$96,000.00** |
| **Monte & Eva Alderete Herring**<br>**33 Goldbriar Way**<br>**Mission Viejo, CA 92692** | | **Buyout Obligation** | | | | **$110,000.00** |
| **Mountain West IRA FBO Sharon A Collins I**<br>**10096 W Fairview Ave, #160**<br>**Boise, ID 83704** | | **Buyout Obligation** | | | | **$82,500.00** |
| **Philip & Dawn Danna Rev Living Trust**<br>**24096 Ramada Ln.**<br>**Mission Viejo, CA 92691** | | **Buyout Obligation** | | | | **$89,352.49** |
| **Pinkowksi Family Trust**<br>**745 W Back Forty Dr**<br>**Eagle, ID 83616** | | **Buyout Obligation** | | | | **$96,200.00** |
| **Realty Solutions Group, LTD**<br>**73 Beardmore Cres**<br>**Acton Ontario**<br>**CANADA L7J-2Z1** | | **Buyout Obligation** | | | | **$93,000.00** |

Debtor **TD REO FUND, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Realty solutions Group, LTD**<br>**73 Beardmore Cres**<br>**Acton Ontario**<br>**CANADA L7J-2Z1** | | **Buyout Obligation** | | | | $70,000.00 |
| **Robert Couture**<br>**1441 Mesa Road,**<br>**Nipomo**<br>**Nipomo, CA 93444** | | **Buyout Obligation** | | | | $87,750.00 |
| **Robert Couture**<br>**1441 Mesa Road**<br>**Nipomo, CA 93444** | | **Buyout Obligation** | | | | $105,000.00 |
| **Ronald Shoenberger**<br>**PO Box 13455**<br>**Spokane Valley, WA 99213-2455** | | **Buyout Obligation** | | | | $62,500.00 |
| **Stan Pavlas**<br>**PO Box 451340**<br>**Westlake, OH 44145** | | **Buyout Obligation** | | | | $90,000.00 |
| **Teresa Sellar, IRA**<br>**4 Shea Ridge**<br>**Las Flores, CA 92688** | | **Buyout Obligation** | | | | $90,000.00 |
| **The Edwards 1995 Revocable Trust**<br>**19595 Soulsbyville Rd**<br>**Soulsbyville, CA 95372** | | **Buyout Obligation** | | | | $42,250.00 |
| **The Marilou Heckman Revocable Trust**<br>**33555 Halyard Drive**<br>**Dana Point, CA 92629** | | **Buyout Obligation** | | | | $72,500.00 |
| **Thomas B Lewis & Dori Lewis**<br>**33681 Scotty Cove Drive**<br>**Dana Point, CA 92629** | | **Buyout Obligation** | | | | $157,500.00 |
| **Thomas B Lewis & Dori Lewis**<br>**33681 Scotty Cove Drive**<br>**Dana Point, CA 92629** | | **Buyout Obligation** | | | | $62,000.00 |
| **Wayne Mertes Company**<br>**8 Wildflower**<br>**Laguna Niguel, CA 92677** | | **Buyout Obligation** | | | | $161,200.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **TD REO FUND, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **William E. Fleck & Sally L. Fleck Family 401 Loma Larga Dr Solana Beach, CA 92075** | | **Buyout Obligation** | | | | **$95,514.02** |

TD REO FUND, LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


Lei Lei Wang Ekvall
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626


1839 Fund I, LLC
500 Executive Blvd #201
Ossining, NY 10562


CA Indexed Growth Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Deed Quest Funding
23335 Grand Springs Drive
Katy, TX 77494


Equity Indexed Managed Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Eric Scott Dietzel, IRA Acct # Z141197
PO Box 451340
Westlake, OH 44145


Janice E. Nelson
484 Cliff Drive #14
Laguna Beach, CA 92651

Jeffrey Kurszewski
82 Via Sonrisa
San Clemente, CA 92673


Michael Bezner
11842 Mullholand
Stafford, TX 77477


Monte & Eva Alderete Herring
33 Goldbriar Way
Mission Viejo, CA 92692


Mountain West IRA FBO Sharon A Collins I
10096 W Fairview Ave, #160
Boise, ID 83704


Orval W Dietzel, ROTH IRA Acct #Z100780
PO Box 451340
Westlake, OH 44145


Philip & Dawn Danna Rev Living Trust
24096 Ramada Ln.
Mission Viejo, CA 92691


Pinkowksi Family Trust
745 W Back Forty Dr
Eagle, ID 83616


PMB Managed Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653

Prosper Managed Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Realty Solutions Group, LTD
73 Beardmore Cres
Acton Ontario CANADA L7J-2Z1


Robert Couture
1441 Mesa Road, Nipomo
Nipomo, CA 93444


Robert Couture
1441 Mesa Road
Nipomo, CA 93444


Ronald Shoenberger
PO Box 13455
Spokane Valley, WA 99213-3455


Ronald Shoenberger
PO Box 13455
Spokane Valley, WA 99213-2455


Secure California Income Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Stan Pavlas
PO Box 451340
Westlake, OH 44145

Susan Foltz
123 Esplanade
San Clemente, CA 92672


TD Opportunity Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Teresa Sellar, IRA
4 Shea Ridge
Las Flores, CA 92688


The Edwards 1995 Revocable Trust
19595 Soulsbyville Rd
Soulsbyville, CA 95372


The Marilou Heckman Revocable Trust
33555 Halyard Drive
Dana Point, CA 92629


Thomas B Lewis &  Dori Lewis
33681 Scotty Cove Drive
Dana Point, CA 92629


Thomas B Lewis & Dori Lewis
33681 Scotty Cove Drive
Dana Point, CA 92629


Wayne Mertes Company
8 Wildflower
Laguna Niguel, CA 92677

William E. Fleck & Sally L. Fleck Family
401 Loma Larga Dr
Solana Beach, CA 92075


WJA RE Oppty Fund 1
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


WJA RE Oppty Fund 2
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


WJA Secure Income Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


WJA Secure Real Estate
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


WJA Secure Real Estate Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Yolanda Caprow
962 Hihimanu Street
Khei, HI 96753